**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY**

TERRI LYNN CARTER

        Plaintiff,

v.                                                                    CIVIL ACTION NO. 5:25-cv-00325

FRANK BISIGNANO,
*Commissioner of Social Security*,

        Defendant.

**<u>ORDER</u>**

Pending is Plaintiff Terri Lynn Carter's Amended Brief in Support of Judgment on the Pleadings [ECF 7], filed August 12, 2025, seeking reversal of the decision of the Commissioner of Social Security ("the Commissioner"). Also pending is the Commissioner's Brief in Support of Judgment on the Pleadings [ECF 8], filed September 9, 2025, seeking to affirm the Commissioner's decision. This action was previously referred to the Honorable Joseph K. Reeder, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Reeder filed his PF&R on April 7, 2026. [*See* ECF 9]. Magistrate Judge Reeder recommended that the Court (1) deny Ms. Carter's request for Judgment on the Pleadings insofar as it requests reversal of the Commissioner's decision, (2) grant the Commissioner's request to affirm the decision, (3) affirm the final decision of the Commissioner, and (4) dismiss this action from the Court's docket. [*Id.* at 8–9].

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation

to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on April 24, 2026. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**ECF 9**], **DENIES** Ms. Carter's request for Judgment on the Pleadings insofar as it seeks reversal of the Commissioner's decision [**ECF 7**], **GRANTS** the Commissioner's request for Judgment on the Pleadings insofar as it seeks to affirm the Commissioner's decision [**ECF 8**], **AFFIRMS** the Commissioner's final decision, and **DISMISSES** this matter from the docket.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER: May 4, 2026

Frank W. Volk
Chief United States District Judge

2